[L. A. No. 12326. In Bank.—May 5, 1930.]

STELLA BARBEE, Petitioner, v. THE APPELLATE DEPARTMENT OF THE SUPERIOR COURT OF LOS ANGELES COUNTY et al., Respondents.

A. Brigham Rose for Petitioner.

No appearance for Respondents.

THE COURT.— █ The petition for an alternative writ of mandate is denied on the ground that the remedy of the petitioner is a petition for a rehearing before the District Court of Appeal and a petition for hearing in this court in the event of denial of such petition for rehearing.